■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUDON MCBRIDE, Appellant. [683 NYS2d 225] —Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered June 20, 1996, convicting defendant, after a jury trial, of burglary in the second degree, and sentencing him to a term of 5 to 15 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Issues of credibility including inconsistencies in testimony were properly presented to the jury and we see no reason to disturb its findings. That defendant was acquitted of the two sexual offenses did not preclude the guilty verdict on the burglary count, particularly where the proof showed that defendant brandished a knife at the victim throughout the incident. Concur—Nardelli, J. P., Wallach, Rubin and Williams, JJ.

■ In the Matter of DAMIAN G., a Person Alleged to be a Juvenile Delinquent, Appellant. [683 NYS2d 425] —Order of disposition, Family Court, New York County (Richard Ross, J.), entered on or about August 25, 1997, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he had committed acts which, if committed by an adult, would constitute the crimes of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the fifth degree, and placed him in a limited secure facility with the Division for Youth for 18 months, unanimously affirmed, without costs.

The court's findings were based on legally sufficient evidence and were not against the weight of the evidence despite the fact that no money was recovered from defendant upon his arrest after the sale of drugs to the undercover officer. We see no reason to disturb the court's determinations concerning the reliability of identification testimony. Concur—Nardelli, J. P., Wallach, Rubin and Williams, JJ.